**Electronically Filed
Supreme Court
SCWC-22-0000536
17-OCT-2024
09:37 AM
Dkt. 13 OGAC**

SCWC-22-0000536

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

WAISER WALTER,
Petitioner/Defendant-Appellant.

———

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000536; CASE NO. 1PC161001629)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Waiser Walter's

Application for Writ of Certiorari, filed on August 21, 2024, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED: Honolulu, Hawaiʻi, October 17, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

